IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 21 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | No. CR 12-189 D |
| -vs-      ) | |
| JOSHUA MICHAEL BECKSTEAD,      ) | Violations: 18 U.S.C. § 2113(a) |
| Defendant.      ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1

On or about June 9, 2012, in Garvin County, Oklahoma, in the Western District of Oklahoma,

------------------------- **JOSHUA MICHAEL BECKSTEAD**,-------------------------

knowingly took by force, violence, and intimidation from the person and presence of bank employees, money belonging to and in the care, custody, control, management and possession of First American Bank, located at 317 6th Street, Maysville, Oklahoma, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

1

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

*/s/ Facinda*

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*/s/ Travis E. Smith*

TRAVIS D. SMITH
Assistant U.S. Attorney